**Fill in this information to identify the case:**

Debtor    Constellation Healthcare Technologies Inc.

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NEW YORK

Case number   18-71749
(if known)

☑ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals    12/15

## Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    N/A

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    N/A

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    UNKNOWN

## Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* . . . . . . . . .    N/A

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206EF)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of Schedule E/F . . . . . . . . . . . . . . . . . . . . . . . . . . . .    N/A

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of Schedule E/F . . . . . . . . . . . . .    **+**    $270,459,441.05

4. **Total liabilities** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    $270,459,441.05
   Lines 2 + 3a + 3b

| **Fill in this information to identify the case:** |
|---|
| Debtor    Constellation Healthcare Technologies Inc. |
| United States Bankruptcy Court for the:   EASTERN DISTRICT OF NEW YORK |
| Case number    18-71749 <br> (if known) |

☑ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B*)* and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☑ No. Go to Part 2.
   - ☐ Yes. Go to line 2.

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**ADDITION**

| 3.1 | **Nonpriority creditor's name and mailing address** <br> ABRUZZI INVESTMENT LLC <br> 225 ELLIS ST <br> STATEN ISLAND, NY  10307 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☑ Disputed <br><br> **Basis for the claim:** <br> Shareholder (common stock) <br><br> **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | $0.00 |

**ADDITION**

| 3.2 | **Nonpriority creditor's name and mailing address** <br> ALLEGIANCE BILLING ASSOCIATES, INC. <br> C/O LAMONICA HERBST & MANISCALCO, LLP <br> 3305 JERUSALEM AVENUE, SUITE 201 <br> WANTAGH, NY  11793 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☑ Disputed <br><br> **Basis for the claim:** <br> Contract/Executory Contract <br><br> **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | $1,402,916.00 |

Case 8-18-71749-ast    Doc 15-1    Filed 01/08/19    Entered 01/08/19 14:05:54

| Debtor | Constellation Healthcare Technologies Inc. | Case number (if known) | 18-71749 |
|---|---|---|---|
| | (Name) | | |

**Part 2:** Additional Page

| | | | Amount of claim |
|---|---|---|---|
| | | **ADDITION** | |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>BELLISSIMO, MARK<br>C/O LAMONICA HERBST & MANISCALCO, LLP<br>3305 JERUSALEM AVENUE, SUITE 201<br>WANTAGH, NY  11793<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>Contract/Executory Contract<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,402,916.00 |
| | | **ADDITION** | |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>CC CAPITAL CHT HOLDCO LLC<br>C/O TROUTMAN SANDERS LLP<br>ATTN: BRETT D GOODMAN, ESQ<br>875 THIRD AVENUE<br>NEW YORK, NY  10022<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>Litigation<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $82,502,260.25 |
| | | **ADDITION** | |
| 3.5 | **Nonpriority creditor's name and mailing address**<br>CC CAPITAL MANAGEMENT LLC<br>C/O TROUTMAN SANDERS LLP<br>ATTN BRETT D GOODMAN, ESQ<br>875 THIRD AVE<br>NEW YORK, NY  10022<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>Contract/Executory Contract<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $8,678,305.55 |
| | | **ADDITION** | |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>CHT HOLDCO LLC<br>C/O TROUTMAN SANDERS LLP<br>ATTN: BRETT D GOODMAN, ESQ<br>875 THIRD AVENUE<br>NEW YORK, NY  10022<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>Litigation<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $82,502,260.25 |
| | | **ADDITION** | |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>CONSTELLATION HEALTH GROUP LLC<br>C/O WINDELS MARX LANE & MITTENDORF, LLP<br>ATTN JEFFREY C HOFFMAN, ESQ<br>156 WEST 56TH ST<br>NEW YORK, NY  10019<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>Bank Debt/Credit Facility<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $11,000,000.00 |

Case 8-18-71749-ast    Doc 15-1    Filed 01/08/19    Entered 01/08/19 14:05:54

| Debtor | Constellation Healthcare Technologies Inc. | Case number (if known) | 18-71749 |
|---|---|---|---|
| | (Name) | | |

**Part 2:** Additional Page

| | | | Amount of claim |
|---|---|---|---|
| | | **ADDITION** | |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>CONSTELLATION HEALTH INVESTMENT LLC<br>C/O WINDELS MARX LANE & MITTENDORF, LLP<br>ATTN JEFFREY C HOFFMAN, ESQ<br>156 WEST 56TH ST<br>NEW YORK, NY  10019<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>Bank Debt/Credit Facility<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $28,550,000.00 |
| | | **ADDITION** | |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>ESPOSITO, JOHN<br>C/O LAMONICA HERBST & MANISCALCO, LLP<br>3305 JERUSALEM AVENUE, SUITE 201<br>WANTAGH, NY  11793<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>Contract/Executory Contract<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,402,916.00 |
| | | **ADDITION** | |
| 3.10 | **Nonpriority creditor's name and mailing address**<br>FIRST UNITED HEALTH LLC<br>C/O WINDELS MARX LANE & MITTENDORF LLP<br>ATTN JEFFREY C HOFFMAN, ESQ<br>156 WEST 56TH ST<br>NEW YORK, NY  10019<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>Bank Debt/Credit Facility<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $52,200,000.00 |
| | | **ADDITION** | |
| 3.11 | **Nonpriority creditor's name and mailing address**<br>TO, TRUC<br>C/O JENNIFER HUNTER<br>2621 CHILTON PLACE<br>CHARLOTTE, NC  28207<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>Contract/Executory Contract<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $309,167.00 |
| | | **ADDITION** | |
| 3.12 | **Nonpriority creditor's name and mailing address**<br>TRUC N TO LLC<br>C/O JENNIFER HUNTER<br>2621 CHILTON PLACE<br>CHARLOTTE, NC  28207<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>Contract/Executory Contract<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $472,782.00 |

Case 8-18-71749-ast    Doc 15-1    Filed 01/08/19    Entered 01/08/19 14:05:54

| Debtor | Constellation Healthcare Technologies Inc. | Case number (if known) | 18-71749 |
|---|---|---|---|
| | (Name) | | |

**Part 2:** Additional Page

| | | | Amount of claim |
|---|---|---|---|
| | | **ADDITION** | |
| 3.13 | **Nonpriority creditor's name and mailing address** <br> YOUNG CONAWAY STARGATT & TAYLOR, LLP <br> ATTN: JUSTIN P. DUDA <br> RODNEY SQUARE, 1000 N. KING ST <br> WILMINGTON, DE  19801 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☑ Disputed <br><br> **Basis for the claim:** <br> Goods Sold/Services (Trade Claim) <br><br> **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | $35,918.00 |

**Part 4:** **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a.** | Total claims from Part 1 | **5a.** | NA |
| **5b.** | Total claims from Part 2 | **5b.** + | $270,459,441.05 |
| **5c.** | **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | **5c.** | $270,459,441.05 |

| **Fill in this information to identify the case:** |
| --- |
| Debtor    Constellation Healthcare Technologies Inc. |
| United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK |
| Case number    18-71749<br>(if known) |

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### ■ Delcaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☒ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   1/8/2019               ✘   /s/ TIMOTHY J. DRAGELIN
                MM / DD / YYYY             Signature of individual signing on behalf of debtor

                                          TIMOTHY J. DRAGELIN
                                          Printed name

                                          CHIEF RESTRUCTURING OFFICER
                                          Position or relationship to debtor