Filed: USBC - Eastern District of New York
Orion Healthcorp, Inc., Et al. (COR)
18-71748 (AST)

CCT

0000000061



**IRS** Department of the Treasury
Internal Revenue Service
80 Daniel Street
P.O. Box 9502
PORTSMOUTH, NH 03802

Chapter and Case Number:
11  8-18-71749-AST
Person to Contact:
GAIL IRVING
Contact Telephone Number:
603-570-0519
Employee Fax Number:
855-876-3986
Employee Identification Number:
05-25135

**RECEIVED**
AUG 2 2 2019
**LEGAL SERVICES**

Date: August 19, 2019

ALAN S. TRUST
U.S. BANKRUPTCY COURT
290 FEDERAL PLAZA
CENTRAL ISLIP, NY 11772

Debtor: CONSTELLATION HEALTHCARE TECH INC
Bankruptcy Filed March 16, 2018

This is to certify that the records of the Internal Revenue Service reflect that the Proof of Claim filed on behalf of the Internal Revenue Service dated 06/12/2018 is no longer in force and effect.

If you have any questions, our contact information is shown above. Thank you for your cooperation.

/s/ DIANE C FREDETTE
Group Manager Insolv IX

cc: CONSTELLATION HEALTHCARE TECH INC
    THOMAS R CALIFANO

Letter 3931CG (11-2004)
Catalog Number 38952B

Filed: USBC - Eastern District of New York
Orion Healthcorp, Inc., Et al. (B10)
18-71748 (AST)
CCT
0000000067

**RECEIVED**

JUN 1 2 2018

**LEGAL SERVICES**

Fill in this information to identify the case:

Debtor 1    CONSTELLATION HEALTHCARE TECH INC

Debtor 2    FKA CHT MERGERSUB INC
(Spouse, if filing)

United States Bankruptcy Court for the: EASTERN    District of NEW YORK
                                                                    (State)

Case number    8-18-71749-AST

Official Form 410
# Proof of Claim
04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

### Part 1:   Identify the Claim

**1. Who is the current creditor?**
Department of the Treasury - Internal Revenue Service
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**
■ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Internal Revenue Service
Name

P.O. Box 7346
Number    Street

Philadelphia    PA    19101-7346
City    State    ZIP Code

Contact phone    1-800-973-0424

Contact email _____

Creditor Number: 9289838

Where should payments to the creditor be sent? (if different)

Internal Revenue Service
Name

80 Daniel Street P.O. Box 8502
Number    Street

PORTSMOUTH    NH    03802
City    State    ZIP Code

Contact phone    603-570-0519

Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one)

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**4. Does this claim amend one already filed?**
■ No
☐ Yes.    Claim number on court claims registry (if known) _____    Filed on: _____
                                                                                                    MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
■ No
☐ Yes. Who made the earlier filing? _____

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed | |
|---|---|---|
| 6. Do you have any number you use to identify the debtor? | ☐ No<br>■ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: | See Attachment |
| 7. How much is the claim? | $ 400.00 | Does this amount include interest or other charges?<br>■ No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| 8. What is the basis of the claim? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br><br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br><br>Limit disclosing information that is entitled to privacy, such as health care information.<br><br>Taxes | |
| 9. Is all or part of the claim secured? | ■ No<br>☐ Yes. The claim is secured by a lien on property.<br><br>**Nature of property:**<br>☐ Real Estate. If the claim is secured by the debtor's principal residence, file a Mortgage Proof of Claim Attachment (Official Form 410-A) with this Proof of Claim.<br>☐ Motor Vehicle<br>☐ Other. Describe: _____<br><br>**Basis for perfection:** _____<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>**Value of Property:** $_____<br>**Amount of the claim that is secured:** $_____<br>**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>**Amount necessary to cure any default as of the date of the petition:** $_____<br><br>**Annual Interest Rate** (when case was filed) ____%<br>☐ Fixed<br>☐ Variable | |
| 10. Is this claim based on a lease? | ■ No<br>☐ Yes. Amount necessary to cure any default as of the date of the petition.    $_____ | |
| 11. Is this claim subject to a right of setoff? | ☐ No<br>■ Yes. Identify the property    See Attachment | |

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. §507(a)?<br><br>A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ No<br>■ Yes. Check all that apply: | Amount entitled to priority |
|---|---|---|
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ _____ |
| | ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ _____ |
| | ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ _____ |
| | ■ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ 300.00 |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ _____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $ _____ |
| | *Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. | |

### Part 3: Sign Below

The person completing this proof of claim must sign and date it.
FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

■ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  06/11/2018
                 MM / DD / YYYY


/s/ GAIL IRVING
(Signature)

Print the name of the person who is completing and signing this claim:

Name       GAIL                                                    IRVING
           First name          Middle name                         Last name

Title      Bankruptcy Specialist

Company    Internal Revenue Service
           Identify the corporate servicer as the company if the authorized agent is a servicer.

Address    80 Daniel Street P.O. Box 9502
           Number      Street

           PORTSMOUTH                              NH              03802
           City                                   State            ZIP Code

Contact Phone  603-570-0519                    Email: _____

# Proof of Claim for Internal Revenue Taxes

Department of the Treasury/Internal Revenue Service

**In the Matter of:** CONSTELLATION HEALTHCARE TECH INC
FKA CHT MERGERSUB INC
ONE ARIN PARK
1715 RTE 35 N STE 303
MIDDLETOWN, NJ 07748

Form 410
Attachment

| Case Number |
|---|
| 8-18-71749-AST |

| Type of Bankruptcy Case |
|---|
| CHAPTER 11 |

| Date of Petition |
|---|
| 03/16/2018 |

The United States has not identified a right of setoff or counterclaim. However, this determination is based on available data and is not intended to waive any right to setoff against this claim debts owed to this debtor by this or any other federal agency. All rights of setoff are preserved and will be asserted to the extent lawful.

**Unsecured Priority Claims** under section 507(a)(8) of the Bankruptcy Code

| Taxpayer ID Number | Kind of Tax | Tax Period | Date Tax Assessed | Tax Due | Interest to Petition Date |
|---|---|---|---|---|---|
| XX-XXX0135 | CORP-INC | 12/31/2015 | / NOT FILED | $100.00 | $0.00 |
| XX-XXX0135 | CORP-INC | 12/31/2016 | / NOT FILED | $100.00 | $0.00 |
| XX-XXX0135 | CORP-INC | 12/31/2017 | / NOT FILED | $100.00 | $0.00 |
| | | | | $300.00 | $0.00 |

**Total Amount of Unsecured Priority Claims:** $300.00

**Unsecured General Claims**

| Taxpayer ID Number | Kind of Tax | Tax Period | Date Tax Assessed | Tax Due | Interest to Petition Date |
|---|---|---|---|---|---|
| XX-XXX0135 | CORP-INC | 12/31/2014 | / NOT FILED | $100.00 | $0.00 |

**Total Amount of Unsecured General Claims:** $100.00

1 THE ABOVE LIABILITY HAS BEEN LISTED AS A POTENTIAL LIABILITY FOR THE DEBTOR BECAUSE THE RETURN HAS NOT BEEN FILED. AS SOON AS THE DEBTOR FILES THE RETURN WITH THE IRS AS REQUIRED BY LAW THIS CLAIM WILL BE ADJUSTED TO REFLECT THE ASSESSED LIABILITY.

# COPY

Document Control

IRVING GAIL A
603-570-0519
INTERNAL REVENUE SERVICE
80 DANIEL ST
PORTSMOUTH NH 03801

0.0 LBS   LTR   1 OF 1

SHIP TO:
C/O EPIQ BANKRUPTCY SOLUTIONS, LLC
ORION HEALTHCORP CLAIMS PROCESSING
10300 SW ALLEN BLVD
BEAVERTON OR 97005-4833

OR 972 4-70

UPS NEXT DAY AIR
TRACKING #: 1Z WA1 609 01 9335 3508

BILLING: P/P

BOD: 9350

**RECEIVED**
JUN 1 2 2018
**LEGAL SERVICES**

This envelope is for use with the following services:
UPS Next Day Air®
UPS Worldwide Express™
UPS 2nd Day Air®

Apply shipping documents on this side.
Do not use this envelope for:

tremely Urgent

it ups.com® or call **1-800-PICK-UPS®** (1-800-742-5877)
schedule a pickup or find a drop off location near you.

UPS CampusShip

FOR UPS SHIPPING ONLY

Page 1 of 1

Case 8-18-71749-ast   Doc 16   Filed 09/10/19   Entered 09/10/19 12:29:04

IRVING GAIL A
603-570-0519
INTERNAL REVENUE SERVICE
80 DANIEL ST
PORTSMOUTH NH 03801

1 LBS   PAK   1 OF 1

**SHIP TO:**
C/O EPIQ BANKRUPTCY SOLUTIONS, LLC
ORION HEALTHCORP CLAIMS PROCESSING
10300 SW ALLEN BLVD
**BEAVERTON  OR 97005-4833**



OR 972 4-70



**UPS NEXT DAY AIR**   1
TRACKING #: 1Z WA1 609 01 9096 6503



BILLING: P/P

BOD: 9350

CS 21.5.26.   WNINVS0 15.0A 07/2019   

UPS CampusShip - United States

FOR UPS SHIPPING ONLY

Page 1 of 1




```
IRVING GAIL A                        1 LBS      PAK       1 OF 1
603-570-0519
INTERNAL REVENUE SERVICE
80 DANIEL ST
PORTSMOUTH NH 03801

SHIP TO:
    C/O EPIQ BANKRUPTCY SOLUTIONS, LLC
    ORION HEALTHCORP CLAIMS PROCESSING
    10300 SW ALLEN BLVD
    BEAVERTON OR 97005-4833
```

OR 972 4-70

**UPS NEXT DAY AIR**
TRACKING #: 1Z WA1 609 01 9096 6503

BILLING: P/P

BOD: 9350

**RECEIVED**
AUG 2 2 2019
LEGAL SERVICES

# COPY
Document Control

UPS CampusShip - United States
FOR UPS SHIPPING ONLY
Page 1 of 1